(Republished)

■ RAFAEL F. PICHARDO et al., Respondents, v KREGER TRUCK RENTING Co., INC., Appellant.—Judgment, Supreme Court, Bronx County, entered on July 16, 1979, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. The order of this court entered on October 21, 1980 is vacated. Concur—Fein, J. P., Sandler, Sullivan, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEWTON GAYLE, Appellant.—Motion granted to the extent of amending the last sentence of the order of this court entered on August 14, 1980 [76 AD2d 587] by adding the words "on the law" following the word "reversed" in the last paragraph of said order. Concur—Fein, J. P., Sandler, Sullivan, Ross and Carro, JJ.